| | |
|---|---|
| 1 | LAWRENCE G. BROWN<br>Acting United States Attorney |
| 2 | TODD A. PICKLES<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | Email: todd.pickles@usdoj.gov |
| 6 | Attorneys for the United States Forest Service,<br>Tom Vilsak, Abigail Kimbell, and Randy Moore |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAVE CAPLES LAKE, an unincorporated association,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; RANDY MOORE, in his capacity as Regional Forester for Region 5 of the United States Forest Service; GAIL KIMBELL, in her official capacity as Chief of the United States Forest Service; and ED SHAFER, in his official capacity as the Secretary of the United States Department of Agriculture,<br><br>Defendants. | CASE NO. 2:08-CV-02294 MCE-EFB<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER**<br><br>[Fed.R.Civ.P. 25(d)(1)] |

NOTICE IS HEREBY GIVEN that on January 21, 2009, Tom Vilsak was sworn in as the Secretary of the United States Department of Agriculture, replacing Ed Shafer as Secretary.

Accordingly, pursuant to Federal Rule of Civil Procedure 25(d)(1), Tom Vilsak will be substituted as defendant in place of Ed Shafer. Defendants United States Forest Service, Tom Vilsak, Abigail Kimbell, and Randy Moore further request that the caption used in this case be modified to reflect this substitution.

NOTICE OF SUBSTITUTION
& [PROPOSED] ORDER                                   1

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| DATED: March 20, 2009 | | Respectfully submitted,<br><br>LAWRENCE G. BROWN<br>Acting United States Attorney |
| | By: | /s/ Todd Pickles<br>TODD A. PICKLES<br>Assistant United States Attorney |
| | | Attorneys for the United States Forest Service, Tom Vilsak, Abigail Kimbell, and Randy Moore |

## ORDER

For the reasons stated above, IT IS HEREBY ORDERED THAT Tom Vilsak will be substituted as defendant in place of Ed Shafer, and the caption used in this case shall be modified to reflect this substitution

IT IS SO ORDERED.

DATED: March 27, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

NOTICE OF SUBSTITUTION
& [PROPOSED] ORDER    2

PDF created with pdfFactory trial version www.pdffactory.com